# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5328**　　　　　　　　　　　　　　　　　**September Term, 2023**

**1:22-cv-01372-JEB**

**Filed On: October 31, 2023** [2024640]

Attorney General of the United States,

   Appellant

  v.

Stephen A. Wynn,

   Appellee

## O R D E R

 It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 14, 2023, at 9:30 A.M.:

   Appellant  -  10 Minutes

   Appellee  -  10 Minutes

 One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson, Millett, and Pillard.

 Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 2, 2023.

### Per Curiam

       **FOR THE COURT:**
       Mark J. Langer, Clerk

    BY: /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)