# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-5328            September Term, 2023

FILED ON: JUNE 14, 2024

ATTORNEY GENERAL OF THE UNITED STATES,
    APPELLANT

v.

STEPHEN A. WYNN,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-01372)

Before: HENDERSON, MILLETT, and PILLARD, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of the government's suit for failure to state a claim be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                      BY:      /s/

                                Daniel J. Reidy
                                Deputy Clerk

Date: June 14, 2024

Opinion for the court filed by Circuit Judge Millett.