# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5328**　　　　　　　　　　　　　　　**September Term, 2023**

**1:22-cv-01372-JEB**

**Filed On:** July 16, 2024

Attorney General of the United States,

    Appellant

  v.

Stephen A. Wynn,

    Appellee

## **O R D E R**

Upon consideration of the appellee's bill of costs, it is

**ORDERED** that appellee's request for costs be granted. Costs are awarded to the appellee in the amount of $132.77 and taxed against appellant.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

### **Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk