| | |
|---|---|
| **No. 22-5328** | **September Term, 2023** |
| | 1:22-cv-01372-JEB |
| | **Filed On:** July 25, 2024 |

Attorney General of the United States,

    Appellant

    v.

Stephen A. Wynn,

    Appellee

    **BEFORE:**    Henderson, Millett, and Pillard, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file a petition for rehearing or rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due by August 28, 2024.

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk