# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-5328**              **September Term, 2024**

**1:22-cv-01372-JEB**

**Filed On:** October 2, 2024

Attorney General of the United States,

    Appellant

    v.

Stephen A. Wynn,

    Appellee

## O R D E R

Upon consideration of the petition for rehearing en banc filed by appellant, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellee file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk