**No. 22-5328**  September Term, 2024

1:22-cv-01372-JEB

**Filed On:** December 5, 2024

Attorney General of the United States,

    Appellant

    v.

Stephen A. Wynn,

    Appellee

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk
BY:   /s/
                Daniel J. Reidy
                Deputy Clerk