IN THE UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff-Appellant, | ) ) ) | No. 22-5328 |
| v. | ) ) ) | Oral argument not yet scheduled |
| STEPHEN A. WYNN, | ) ) | |
| Defendant-Appellee. | ) ) | |

**Statement of Issues**

The Attorney General of the United States of America intends to raise the following issue in this appeal:

Whether the government, through a civil enforcement action, can require an individual to register under the Foreign Agents Registration Act, 22 U.S.C. § 611 *et seq.*, after he has ceased acting as a foreign agent.

          Respectfully submitted,

          Matthew G. Olsen
          Assistant Attorney General for
          National Security

By:    s/Joseph P. Minta

          Joseph P. Minta
          Attorney, Appellate Unit
          National Security Division
          U.S. Department of Justice
          950 Pennsylvania Ave. NW
          Washington, DC 20530
          Tel. (202) 353-9055

Dated: January 11, 2023

## Certificate of Service

I hereby certify that on this 11th day of January 2023, a copy of the foregoing Statement of Issues was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                         s/Joseph P. Minta
                                                                        Joseph P. Minta
                                                                        Attorney for the United States