[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES,<br><br>                            Plaintiff-Appellant,<br><br>         v.<br><br>STEPHEN A. WYNN,<br><br>                            Defendant-Appellee | Case No. 22-5328 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Appellee Stephen A. Wynn hereby certifies as follows:

### A.    Parties, Intervenors, and Amici

The parties are the Plaintiff-Appellant Attorney General of the United States and the Defendant-Appellee Stephen A. Wynn. There are no *amici curiae* so far.

### B.    Ruling Under Review

The ruling under review is the October 12, 2022 judgment by the District Court for the District of Columbia (J. Boasberg) in Civil Action 1:22-cv-1372-JEB, granting Defendant's motion to dismiss and dismissing Plaintiff's complaint.

### C.    Related Cases

The case under review was not previously before this Court or any other court (other than the district court from which it is appealed). The undersigned counsel are not aware of any related cases pending in this Court or any other court.

Dated: January 11, 2023

Respectfully Submitted,
/s/     Bruce C. Bishop
Reid H. Weingarten
Brian M. Heberlig
Bruce C. Bishop
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
rweingarten@steptoe.com
bheberlig@steptoe.com
bbishop@steptoe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing to be filed and served electronically via the Court's ECF System upon all counsel of record.

Dated:　　January 11, 2023　　　　　　　/s/　Bruce C. Bishop
　　　　　　　　　　　　　　　　　　　　　Bruce C. Bishop