IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,         Plaintiff-Appellant, <br><br> v. <br><br> STEPHEN A. WYNN, <br><br>        Defendant-Appellee. | ) ) ) ) ) ) ) ) ) ) ) )     No. 22-5328 |

**Government's Consent Motion for Extension of Time**

Through undersigned counsel, the Attorney General of the United States of America hereby moves for an extension of time to file his opening brief in the above-captioned case until May 15, 2023. The Attorney General's opening brief is currently due March 29, 2023, and this motion is filed more than five days before that date. *See* D.C. Cir. R. 27(h)(1). This is the government's first request for an extension of time. Counsel for the defendant has indicated that they consent to the requested extension.

Under 28 C.F.R. § 0.20(b), the Solicitor General is charged with determining whether, and to what extent, appeals will be taken by the government to all Courts of Appeals. The government is seeking an extension of time in this case so that the Office of the Solicitor General can complete its review and determine whether the government should proceed with this appeal.

Therefore, the government requests an extension of time to file its opening brief. Specifically, the government seeks a 45-day extension of time, but this would have the government's brief due on Saturday, May 13, 2023. Accordingly, the government requests that this Court extend the due date for the government's opening brief to Monday, May 15, 2023.

        Respectfully submitted,

        Matthew G. Olsen
        Assistant Attorney General for
        National Security

By:    s/Joseph P. Minta

        Joseph P. Minta
        Attorney, Appellate Unit
        National Security Division
        U.S. Department of Justice
        950 Pennsylvania Ave. NW
        Washington, DC 20530
        Tel. (202) 353-9055

Dated: March 23, 2023

## Certificate of Compliance

I certify that this motion response was written using 14-point Times New Roman typeface. I further certify that this motion does not exceed 5,200 words, as required by Federal Rule of Appellate Procedure 27(d)(2)(A), and is more specifically 204 words.

By:   s/Joseph P. Minta
Joseph P. Minta
Attorney for the United States

## Certificate of Service

I hereby certify that on this 23rd day of March 2023, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph P. Minta
Joseph P. Minta
Attorney for the United States